IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VICTORIA C. PEREZ | § § § | |
| v. | § § § § | CIVIL ACTION NO. 7:15-CV-00073 |
| DONNA INDEPENDENT SCHOOL DISTRICT | § § | |

### **PLAINTIFF, VICTORIA C. PEREZ's RULE 26 DISCLOSURES**

COMES NOW, VICTORIA C. PEREZ, by counsel, and file this Rule 26 Initial Disclosures as required by Fed. R. Civ. P. 26(a)(1) as follows:

A.  Name, address and telephone number of each individual likely to have knowledge of discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE**:

| NAME | ADDRESS/PHONE NO. | KNOWLEDGE |
|---|---|---|
| Castillo, Nancy L. | Donna High School<br>¼ Mi. E. Wood Ave.<br>Donna, TX 78537<br>956/464-1700 | Principal of Donna High School who has knowledge of Plaintiff's allegations against the District |
| Contreras, Bobby | 300 W. Hall Acres, Suite F<br>Pharr, TX 78577<br>956/784-3540 | Justice of the Peace Precinct 2, Place 1 |
| Cordova, Carlo A. | 1206 Susan Dr.<br>Edinburg, TX 78539<br>956/867-0973 | Former employee of Donna ISD who has knowledge of the incident(s) made the basis of this lawsuit |
| Employees and or Representatives of Donna Independent School District | 116 N. 10th Street<br>Donna, TX 78537<br>956/464-1600 | Defendant |
| Employees and or Representatives of Donna ISD Police Department | 956/464-1735 | Investigated the incident made the basis of this lawsuit |

| NAME | ADDRESS/PHONE NO. | KNOWLEDGE |
|---|---|---|
| Garza, Rodolfo Jr. | Donna ISD Police<br>904 Hester Avenue<br>Donna, TX  78537<br>956/464-1735 | Investigating Officer Donna ISD Police |
| McCandless, Joshua | Donna ISD Police<br>904 Hester Avenue<br>Donna, TX  78537<br>956/464-1735 | Investigating Officer Donna ISD Police |
| Perez, Victoria C. | 409 Casiano St.<br>Donna, TX  78537<br>956/998-2230 | Plaintiff |
| Reyna, Jesus | 116 N. 10th Street<br>Donna, TX  78537<br>956/464-1600 | Superintendent of Schools for Donna ISD |
| Scogin, Debbie | 116 N. 10th Street<br>Donna, TX  78537<br>956/464-1600 | Asst. Superintendent for Human Resources of Donna ISD who may have knowledge of Plaintiff's allegations against the District |
| Tamez, Alicia | 409 Casiano St.<br>Donna, TX  78537<br>956/998-2230 | Plaintiff's grandmother |
| Valdez, Mari | 116 N. 10th Street<br>Donna, TX  78537<br>956/464-1600 | Testing Director of Donna ISD who has knowledge of Plaintiff's allegations against the District |

B.  A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

**RESPONSE**:

| NO. | DOCUMENT/DESCRIPTION | LOCATION |
|---|---|---|
| 1. | Municipal Court Complaint | Document(s) in possession of Plaintiffs' counsel, Ricardo A. Garcia, GARCIA, OCHOA & MASK, L.L.P., 820 S. Main, McAllen, TX  78501 |

Plaintiff will supplement as discovery continues.

C.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE**:

Plaintiff will supplement.

D.    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE**:

   None in Plaintiff's possession.

Respectfully submitted,

**GARCIA, OCHOA & MASK, L.L.P.**

By:   /s/ Ricardo A. Garcia
      RICARDO A. GARCIA
      State Bar No. 07643200
      LINO H. OCHOA
      State Bar No. 00797168
      JODY R. MASK
      State Bar No. 24010214
      Alberto L. Guerrero
      State Bar No. 00790800
      820 South Main
      McAllen, Texas 78501
      Telephone No.: 956/630-2882
      Telecopier No.: 956/630-5393

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of May, 2015, a true and correct copy of the foregoing was delivered on counsel of record for Defendant, Donna Independent School District, via email to Defendant's lead counsel, Edward Garza, at the following email address: eddie@esparzagarza.com.  In addition, counsel has been served with a copy of this pleading through the Court's EM/ECF electronic filing system.

      /s/ Ricardo A. Garcia
      RICARDO GARCIA