UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

## ADR MEMORANDUM TO CLERK OF COURT

Victoria C. Perez
     Plaintiff(s),    DIVISION: McAllen Division

v.            CIVIL ACTION NO. 7:15-cv-73

Donna, I.S.D.
     Defendant(s)

**ADR METHOD:** Mediation ■   Arbitration ☐
       Mini-trial ☐   Summary Jury Trial ☐

**TYPE OF CASE:** Civil Rights /Title 9

Please check one of the following:

 The case referred to ADR: **Settled** ■*   or   **Did Not Settle** ☐
 (*Subject to school board approval*)

Total fees and expenses paid by the parties: $1,200.00.

If no fees or expenses were charged, please check one of the following:

  No ADR was necessary because case settled before the ADR session   ☐

  By an Order of the Court   ☐

  By an Agreement with the parties   ☐

Please list names, addresses and telephone numbers of all parties and all counsel of record:

Mr. Eduardo G. Garza        Mr. Ricardo A. Garcia
ESPARZA & GARZA, L.L.P.      GARCIA, OCHOA & MASK
964 E. Los Ebanos Blvd.        820 South Main
Brownsville, Texas 78520       McAllen, Texas 78501
*fax: (956) 547-7773*          *fax: (956) 630-5393*

                Printed Name: J. Scott McLain
Date: 11/3/15            Signature: