IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VICTORIA C. PEREZ | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-73 |
| | § | (JURY REQUESTED) |
| DONNA INDEPENDENT SCHOOL DISTRICT | § | |
| Defendant | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendant DONNA INDEPENDENT SCHOOL DISTRICT and Plaintiff VICTORIA C. PEREZ and file this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a), and in support thereof would respectfully show unto the court the following:

**I.**

The above named Defendant and Plaintiff by and through their attorneys of record, hereby respectfully inform the Court that this matter has been resolved between them, and that the above named Plaintiff and Defendant hereby pray that all causes of action brought against the Donna Independent School District herein be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Defendant Donna Independent School District and Plaintiff Victoria C. Perez respectfully request that this Court enter an Order dismissing this suit brought by Plaintiff Victoria C. Perez with prejudice as to Defendant Donna Independent School District, with all Court costs to be taxed against the party incurring same.

Signed on this _____ day of December, 2015.

Respectfully submitted,

**ESPARZA & GARZA, L.L.P.**
964 E. Los Ebanos
Brownsville, Texas 78520
Telephone: (956) 547-7775
Facsimile: (956) 547-7773

By: ___/s/ Eduardo G Garza
       Eduardo G Garza
       State Bar No.  00796609
       USDC ADM. No. 20916
       Roman "Dino" Esparza
       State Bar No.  00795337
       USDC ADM. No. 22703
       Attorneys for Defendant

**GARCIA, OCHOA & MASK, L.L.P.**

By:    /s/ Ricardo A. Garcia
       RICARDO A. GARCIA
       State Bar No. 07643200
       Alberto L. Guerrero
       State Bar No. 00790800
       820 South Main
       McAllen, Texas 78501
       Telephone No.: 956/630-2882
       Telecopier No.: 956/630-5393
       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015, pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document was served on each party to this action by Defendant's submission of this document to the U.S. District Court electronically to the DCECF system.

/s/ Eduardo G Garza
Eduardo G Garza