United States District Court
Southern District of Texas
**ENTERED**
December 15, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| VICTORIA C. PEREZ §<br>Plaintiffs §<br>§<br>VS. §<br>§<br>DONNA INDEPENDENT SCHOOL DISTRICT §<br>Defendant § | CIVIL ACTION NO. 7:15-CV-73<br>(JURY REQUESTED) |

## ORDER OF DISMISSAL

Plaintiff Victoria Perez and Defendant Donna Independent School District, by and through their attorneys of record, have informed the Court that this matter has been resolved. Plaintiff Victoria Perez and Defendant Donna Independent School District have prayed that all causes as to this named Defendant be dismissed with prejudice, and all parties have agreed thereto. It therefore appears to the Court that the dismissal should be made as prayed.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff Victoria Perez' cause be dismissed as to Defendant Donna Independent School District, with prejudice against all parties to file any same or similar actions, and with all court costs to be taxed against the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

Signed this 14th day of December, 2015 at McAllen, Texas.

_____
PRESIDING JUDGE